No. 77–5669. FRANKLIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–5684. LAY *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. 

No. 77–5688. GRANATA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 77–5693. JOHNSON *v.* WILLIAMS, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 77–5701. ROGERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–5702. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–5711. KLEIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–5720. BURROUGHS *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., Los Angeles County. Certiorari denied.

No. 77–5721. THORNTON *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 77–5724. BIRMINGHAM *v.* EISELE, U. S. DISTRICT JUDGE. C. A. 8th Cir. Certiorari denied.

No. 77–5725. BUMPERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–5727. CHAPPELL *v.* HOPPER, WARDEN. C. A. 5th Cir. Certiorari ·denied. 

No. 77–5731. CURRY *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 77–5732. ORQUIZ *v.* UNITED STATES; and
No. 77–5791. SANCHEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 560 F. 2d 1022.